City, for appellant. Louis Steckler, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN, J. (dissenting). I think that the court erred in refusing to charge the jury "that, if the jury find that this accident happened entirely by reason of the fact that the left-hand horse shied and forced the wagon over against the car, then under the issues presented in this case their verdict must be for the defendant Bahr." I therefore dissent, and vote to reverse the judgment and order appealed from, and for a new trial as to the defendant Bahr.

SCOTT, J., concurs.

GERMAN-AMERICAN COFFEE CO., Appellant, v. DIEHL, Respondent. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by the German-American Coffee Company against Clarence A. Diehl. E. S. Paine, for appellant. W. Ferguson, of New York City, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on De Raismes v. U. S. Lithograph Co., 161 App. Div. 781, 146 N. Y. Supp. 813. Order filed. See, also, 152 N. Y. Supp. 1113.

INGRAHAM, P. J., and SCOTT, J., dissent, on the dissenting opinion in that case.

GERMAN-AMERICAN COFFEE CO. v. DIEHL. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by the German-American Coffee Company against Clarence A. Diehl. No opinion. Motion granted; question certified as stated in order. Order filed. See, also, 152 N. Y. Supp. 1113.

GERMAN-AMERICAN COFFEE CO., Respondent, v. DIEHL, Appellant. (Supreme Court, Appellate Division, First Department. April 23, 1915.) Action by the German-American Coffee Company against Clarence A. Diehl. W. Ferguson, of New York City, for appellant. E. S. Paine, for respondent.

PER CURIAM. Order (in 86 Misc. Rep. 547, 149 N. Y. Supp. 413) affirmed, with $10 costs and disbursements, on the opinion of Page, J., at Special Term, with leave to the defendant to withdraw the demurrer and to answer, on payment of costs in this court and in the court below. Order filed. See, also, 152 N. Y. Supp. 1113.

GERMAN-AMERICAN COFFEE CO., Appellant, v. O'NEIL, Respondent. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by the German-American Coffee Company against John O'Neil. E. S. Paine, for appellant. G. W. Harper, Jr., of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs, on De Raismes v. U. S. Litho-graph Co., 161 App. Div. 781, 146 N. Y. Supp. 813. Order filed. See, also, 152 N. Y. Supp. 1113.

INGRAHAM, P. J., and SCOTT, J., dissent, on dissenting opinion in that case.

GERMAN-AMERICAN COFFEE CO., Respondent, v. O'NEIL, Appellant. (Supreme Court, Appellate Division, First Department. April 23, 1915.) Action by the German-American Coffee Company against John O'Neil. G. W. Harper, Jr., of New York City, for appellant. E. S. Paine, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on the opinion of Page, J., at Special Term, in German-American Coffee Company v. Diehl, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed. See, also, 152 N. Y. Supp. 1113.

GERMAN-AMERICAN COFFEE CO. v. O'NEIL. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by the German-American Coffee Company against John O'Neil. No opinion. Motion for leave to appeal granted; questions certified. Order filed. See, also, 152 N. Y. Supp. 1113.

GIBBS v. ARRAS BROS. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Benjamin Gibbs against Arras Bros. No opinion. Application granted. Order signed.

GINSBERG v. TRIANGLE WAIST CO. (two cases). (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Henrietta Ginsberg against the Triangle Waist Company. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 151 N. Y. Supp. 1118.

GLOVER, Appellant, v. NATIONAL BANK OF COMMERCE, Respondent. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Action by Laura Glover, as administratrix, against the National Bank of Commerce. G. A. Honnecker, of New York City, for appellant. J. Quinn, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. See Glover v. Nat. Bank of Commerce, 156 App. Div. 247, 141 N. Y. Supp. 409. Order filed. See, also, 151 N. Y. Supp. 1118.

GOELDNER, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) Action by Ernest B. Goeldner against the New York Telephone Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff will